No. 1024. FROTHINGHAM v. ANTHONY. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Barton Corneau* for petitioner. *Mr. George Hurley* for respondent. ▪

No. 1029. TRICOU v. HELVERING, COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Joseph D. Brady* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Charles Bunn, James W. Morris,* and *J. P. Jackson* for respondent.

No. 1030. PETROLEUM NAVIGATION Co. v. UTILITY OIL CORP. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Roscoe H. Hupper* for petitioner. *Messrs. Cletus Keating, Edwin S. Murphy,* and *L. DeGrove Potter* for respondent.

No. 1071. CARPENTER, RECEIVER, v. LUDLUM ET AL., RECEIVERS. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Albert L. Moise* and *J. A. Fowler* for petitioner. *Messrs. Percival H. Grander, John Arthur Brown,* and *William A. Carr* for respondents. ▪

No. 1036. VON WEISE ET AL., EXECUTORS, v. COMMISSIONER OF INTERNAL REVENUE. June 4, 1934. Petition

656

for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Abraham Lowenhaupt, C. Powell Fordyce,* and *R. S. Doyle* for petitioners. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Lucius A. Buck* for respondent.

No. 1013. CONSOLIDATED RENDERING Co. *v.* UNITED STATES. June 4, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Robert A. Littleton* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 1014. BIGELOW *v.* BOWERS, EXECUTOR. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ernest A. Bigelow, pro se. Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *J. P. Jackson* for respondent.

No. 1017. THIMGAN *v.* NEBRASKA. June 4, 1934. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Mr. Sterling F. Mutz* for petitioner. *Messrs. Paul F. Good* and *Thos. S. Allen* for respondent.

No. 1045. ALEOGRAPH COMPANY *v.* WESTERN ELECTRIC Co., INC. June 4, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. G. Willard Rich* for petitioner. *Mr. Charles Neave* for respondent.